**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 99-2131**

———————————

In Re: GLENN A. MARSTON; JOANNE MARGARET MARSTON,

                                                          Debtors.

_____

GLENN A. MARSTON,

                                       Plaintiff - Appellant,

      versus

PENNSYLVANIA HIGHER EDUCATION ASSISTANCE
AGENCY; THE EDUCATIONAL RESOURCE INSTITUTE;
AMERICAN STUDENT ASSISTANCE,

                                    Defendants - Appellees.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Gerald Bruce Lee, District Judge. (CA-99-143, BK-97-17400-SSM)

———————————

Submitted: November 18, 1999      Decided: November 23, 1999

———————————

Before WILKINS, HAMILTON, and LUTTIG, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Glenn A. Marston, Appellant Pro Se. Thomas Joseph Sippel, Cynthia Ann Raposo, GILL & SIPPEL, Rockville, Maryland; William McCarron, Jr., GOLD & STANLEY, P.C., Alexandria, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Glenn A. Marston appeals from the district court's orders (1) dismissing his appeal from the bankruptcy courts' order for failing to timely file his appeal brief, Fed. R. Bankr. P. 8001, and (2) denying his motion for reconsideration. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Marston v. Pennsylvania Higher Educ. Assistance Agency, Nos. CA-99-143; BK-97-17400-SSM (E.D. Va. June 4 & July 15, 1999).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although the district court's orders are marked as "filed" on June 15, 1999, and July 13, 1999, the district court's records show that they were entered on the docket sheet on June 4, 1999, and July 13, 1999. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).

2